UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| MELISSA A. WORTHINGTON, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) NO. 2:20-00023 |
| ANDREW M. SAUL, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

## ORDER

Before the Court is a Report and Recommendation ("R&R") (Doc. No. 27) recommending the Court grant Plaintiff Melissa Worthington's Motion for Judgment on the Administrative Record (Doc. No. 16). No timely objections have been filed.

The absence of objections "releases the Court from its duty to independently review the matter." Lawhorn v. Buy Buy Baby, Inc., No. 3:20-CV-00201, 2021 WL 1063075, at *1 (M.D. Tenn. Mar. 19, 2021); see also Thomas v. Arn, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings.").

Regardless, the Court thoroughly reviewed the R&R and agrees with its recommended disposition. Accordingly, the Court holds as follows: (1) the R&R (Doc. No. 27) is **APPROVED AND ADOPTED**, (2) Ms. Worthington's Motion for Judgment on the Administrative Record (Doc. No. 16) is **GRANTED**, (3) the Administrative Law Judge's decision is **VACATED**, and (4) this case is **REMANDED** for further administrative proceedings consistent with the R&R.

IT IS SO ORDERED.

*[signature]*
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE

2

Case 2:20-cv-00023   Document 28   Filed 08/31/21   Page 2 of 2 PageID #: 966